UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANA MURRIETA, | : |
| Plaintiff, | : Case No. 09-4694 (PGS) |
| v. | : ORDER ON APPLICATION |
|  | : TO PROCEED WITHOUT |
| COMMISSIONER OF SOCIAL SECURITY | : PREPAYMENT OF FEES |
| Defendant. | : |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915; it is on this 30th day of October, 2009

**ORDERED** that the application is:

✓ GRANTED, and the clerk is directed to file the complaint; and

**IT IS FURTHER ORDERED** that the clerk issue summons to be served by the plaintiff's attorney upon defendants with copies of the Complaint and this Order.

_____ DENIED, for the following reasons:

_____
_____
_____

/s/ Peter G. Sheridan
PETER G. SHERIDAN, U.S.D.J.

October 30, 2009